UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                               Case No.  2:07-mj-01

HELEN ANN OLSON,                                  HON. TIMOTHY P. GREELEY

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 4, 2007, for purposes of an initial appearance on a complaint alleging Bringing In and Harboring Certain Aliens.  At that time, the government advised the court that an immigration detainer had been placed on the defendant, making her ineligible for release on bond.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an  attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                              /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated:   January 5, 2007